NICHOLAS & TOMASEVIC, LLP
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: atomasevic@nicholaslaw.org

GLICK LAW GROUP, P.C.
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 382-3400
Fax: (619) 393-0154
Email: noam@glicklawgroup.com

Attorneys for Plaintiff Cecilia Macasero

THERESA A. KADING (SBN 211469)
Email: tkading@kadingbriggs.com
KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
Email: kdh@kadingbriggs.com
SARAH R. MOHAMMADI (SBN 295318)
Email: smohammadi@kadingbriggs.com
SARAH Y. OH (SBN 322164)
Email: soh@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
CBRE, Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MACASERO, Individually, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>CBRE, INC., a California Corporation;<br><br>Defendants. | CASE NO.: 2:21-cv-00315 JVS (PDx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

487519

1

JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT AND ITS CLERKS:

PLEASE TAKE NOTICE that the Parties have reached a settlement agreement that resolves the entire action.  The Parties expect that a Joint Stipulation to dismiss the entire action will be filed within the next 21 days.

DATED:  April 30, 2021         NICHOLAS & TOMASEVIC, LLP

By: s/*ALEX TOMASEVIC*
        ALEX TOMASEVIC

Attorney for Plaintiff Cecilia Macasero

DATED:  April 30, 2021         GLICK LAW GROUP, P.C.

By: *s/NOAM GLICK*
        NOAM GLICK

Attorney for Plaintiff Cecilia Macasero

DATED:  April 30, 2021         KADING BRIGGS LLP

By: *s/SARAH R. MOHAMMADI*
        SARAH R. MOHAMMADI

Attorneys for Defendant CBRE, INC.

# PROOF OF SERVICE [F.R.C.P. § 5]

STATE OF CALIFORNIA )
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Kading Briggs LLP, 100 Spectrum Center Drive, Suite 800, Irvine, CA 92618.

On **April 30, 2021,** I served the foregoing document(s) described as: **JOINT NOTICE OF SETTLEMENT** on the interested parties by:

| | |
|---|---|
| Alex Tomasevic<br>Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego, CA 92101<br>T: 619.325.0492<br>F: 619.325.0496 | Attorneys for Plaintiffs CECILIA MACASERO, et al.<br><br>Email: atomasevic@nicholaslaw.org |
| Noam Glick<br>Glick Law Group PC<br>225 Broadway Suite 2100<br>San Diego, CA 92101<br>T: 619-382-3400<br>F: 619-615-2193 | Attorneys for Plaintiffs CECILIA MACASERO, et al.<br><br>Email: noam@glicklawgroup.com |

☒ **VIA ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

☐ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Kading Briggs LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **April 30, 2021** at Irvine, California.

_____
**Valerie Beechler**