NICHOLAS & TOMASEVIC, LLP
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: atomasevic@nicholaslaw.org

GLICK LAW GROUP, P.C.
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 382-3400
Fax: (619) 393-0154
Email: noam@glicklawgroup.com

Attorneys for Plaintiff Cecilia Macasero

THERESA A. KADING (SBN 211469)
Email: tkading@kadingbriggs.com
KYMBERLEIGH DAMRON-HSIAO (SBN 240508)
Email: kdh@kadingbriggs.com
SARAH R. MOHAMMADI (SBN 295318)
Email: smohammadi@kadingbriggs.com
SARAH Y. OH (SBN 322164)
Email: soh@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
CBRE, Inc.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MACASERO, Individually, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>CBRE, INC., a California Corporation;<br><br>Defendants. | CASE NO.: 2:21-cv-00315 JVS (PDx)<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S ENTIRE ACTION**<br><br>[PROPOSED] ORDER LODGED CONCURRENTLY |

492837

1

Plaintiff Cecilia Macasero ("Plaintiff"), on behalf of herself and all other similarly-situated applicants of defendant CBRE, INC. ("CBRE"), and CBRE by and through their counsel of record (collectively, "the Parties"), respectfully submit this Joint Stipulation to Dismiss Plaintiff's entire Action.

WHEREAS, Plaintiff filed her Collective Action Complaint on January 13, 2021, alleging one cause of action against CBRE for violations of the Age Discrimination in Employment Act (the "Action");

WHEREAS, CBRE provided Plaintiff evidence regarding an agreement to arbitrate and class/collective action waiver signed by Plaintiff;

WHEREAS, through a lengthy meet and confer, Plaintiff and CBRE agreed to settle Plaintiff's individual claim only, and there is no other compensation of any kind being paid pursuant to the settlement; and

WHEREAS, Plaintiff has not served notice on the unnamed putative collective members and Plaintiff's counsel is unaware of anyone who relied upon the existence of this Action in lieu of pursuit of their individual or collective claims against CBRE. Plaintiff has also not filed a motion for conditional certification or certification of the collective Action, and the dismissal of Plaintiff's collective ADEA claim without prejudice will not result in prejudice to any of the unnamed putative collective members, particularly given that all applicants who seek positions with CBRE, like Plaintiff, sign arbitration agreements and class/collective action waivers.

**THEREFORE**, the Parties hereby stipulate to an order containing the following terms:

1. Plaintiff hereby dismisses the Action brought individually on Plaintiff's own behalf WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. Plaintiff hereby dismisses the Action brought on behalf of others similarly-situated WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

3. Plaintiff and CBRE agree to bear their own costs and attorneys' fees.

DATED: May 20, 2021        NICHOLAS & TOMASEVIC, LLP

By: s/ALEX TOMASEVIC
ALEX TOMASEVIC
Attorney for Plaintiff Cecilia Macasero

DATED: May 20, 2021        GLICK LAW GROUP, P.C.

By: s/NOAM GLICK
NOAM GLICK
Attorney for Plaintiff Cecilia Macasero

DATED: May 20, 2021        KADING BRIGGS LLP

By: s/SARAH R. MOHAMMADI
SARAH R. MOHAMMADI
Attorneys for Defendant CBRE, INC.

**PROOF OF SERVICE [F.R.C.P. § 5]**

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Kading Briggs LLP, 100 Spectrum Center Drive, Suite 800, Irvine, CA 92618.

On **May 20, 2021,** I served the foregoing document(s) described as: **JOINT STIPULATION TO DISMISS PLAINTIFF'S ENTIRE ACTION** on the interested parties by:

| | |
|---|---|
| Alex Tomasevic<br>Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego, CA 92101<br>T: 619.325.0492<br>F: 619.325.0496 | Attorneys for Plaintiffs CECILIA MACASERO, et al.<br><br>Email: atomasevic@nicholaslaw.org |
| Noam Glick<br>Glick Law Group PC<br>225 Broadway Suite 2100<br>San Diego, CA 92101<br>T: 619-382-3400<br>F: 619-615-2193 | Attorneys for Plaintiffs CECILIA MACASERO, et al.<br><br>Email: noam@glicklawgroup.com |

☒ **VIA ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

☐ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Kading Briggs LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **May 20, 2021** at Irvine, California.

_____
**Valerie Beechler**