UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MACASERO, Individually, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>CBRE, INC., a California Corporation;<br><br>Defendants. | Case No.: CV 21-315-DMG (PDx)<br><br>**ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION [20]** |

1

Having reviewed the Parties' Joint Stipulation to Dismiss Plaintiff's Individual Claim with Prejudice and Collective Claim without prejudice,

**IT IS HEREBY ORDERED:**

1. Plaintiff hereby dismisses the Action brought individually on Plaintiff's own behalf WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. Plaintiff hereby dismisses the Action brought on behalf of others similarly-situated WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

3. Plaintiff and CBRE agree to bear their own costs and attorneys' fees.

DATED: May 24, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE